O'DAILY and Wife.                                   CUBBERLY
.                                                      v.
*                                                    WINE.

(1) *Ante,* 90.

———————

CUBBERLY and Another *v.* WINE.

APPEAL from the *Grant* Court of Common Pleas.      *Wednesday,*

PERKINS, J.—Suit to foreclose a mortgage given to se-  *December 7.*
cure four notes of 125 dollars each, payable on the 1st of

VOL. XIII.—23

Nov. Term, 1859.

October 1858, 1859, 1860, 1861. The first note was due at the commencement of the suit. Judgment by default.

The judgment is as follows:

"It is therefore considered by the Court that the plaintiff recover of the defendant the sum of 133 dollars, 31 cents [the amount of the first note with interest], together with his costs, taxed at ————, to be collected without relief from valuation laws. It is further adjudged that the premises described in the mortgage, be sold on execution for the payment of said judgment, as on execution on a judgment at law."

This judgment is for the sale of the entire mortgaged premises.

It does not appear that the Court inquired whether the land mortgaged could be sold in parcels; and no provision was made as to the notes not due. These things should appear by the record to have been done. See *Greenman* v. *Pattison*, 8 Blackf. 465; *Lacoss* v. *Keegan*, 2 Ind. R. 406; *Allen* v. *Parker*, 11 *id.* 504. These cases show the practice.

*Per Curiam.*— The judgment is reversed with costs, back to the default. Cause remanded, &c.

*I. Van Devanter* and *J. F. McDowell*, for the appellants.

*R. J. St. John*, *A. Steele*, and *H. D. Thompson*, for the appellee.